IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL JOHN BRAY                                                                                           PLAINTIFF

v.                                              Case No. 6:23-cv-6066

NATHAN THOMAS DANIELS, Medical
Doctor, Ouachita River Correctional Unit                                                          DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 44. Judge Comstock recommends that Defendant's Motion for Summary Judgment (ECF No. 38) be granted and that Plaintiff's Amended Complaint (ECF No. 10) be dismissed with prejudice. Plaintiff has not responded to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 44) *in toto*. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 38) hereby is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 10) hereby is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge